**IT IS SO ORDERED.**

**SIGNED THIS: May 05, 2009**

_____
**MARY P. GORMAN
UNITED STATES BANKRUPTCY JUDGE**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    Lisa Michelle Gay                                    Case No.   09-70595

Debtor(s)

### ORDER

X   A hearing having been held May 5, 2009 on the following matters:

___   The following having been filed:

1) Reaffirmation Agreement filed on 4/8/09 between Debtor and Hickory Point Bank & Trust fsb

2)

3)

4)

5)

6)

IT IS ORDERED THAT:

| Matter | Action |
|---|---|
|  | Allowed |
|  | Denied |
|  | Dismissed |
|  | Withdrawn |
|  | Continued to *, 200* |
|  | Continued * days |
| 1 | Other: Presumption of undue hardship not rebutted |

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###